UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HARLEY-DAVIDSON CREDIT CORP.,

    Plaintiff,

v.                                                                                            Case No: 8:13-cv-1943-T-JSS

TWIN STAR CORPORATE AVIATION,
LLC and RANDALL E. BROMLEY,

    Defendants.
_____/

# **FINAL JUDGMENT**

THIS MATTER is before the Court on the Stipulation of the Parties (Dkt. 47) by which Plaintiff Harley-Davidson Credit Corp. and Defendant Twin Star Corporate Aviation, LLC stipulated and consented to the entry of Final Judgment in Plaintiff's favor. Upon consideration, it is

    **ORDERED**:

1. Final judgment is hereby entered in favor of Plaintiff, Harley-Davidson Credit Corp., against Defendant, Twin Star Corporate Aviation, LLC, in the amount of Two Hundred Eighty-Nine Thousand Seven Hundred Twenty-Nine dollars and ninety-one cents ($289,729.91) for which let execution issue.

2. The Court retains subject-matter and personal jurisdiction over this action for purposes

of enforcing the settlement agreement entered into by the parties.

**DONE** and **ORDERED** in Tampa, Florida on September 2, 2015.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record